**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| D.E.D., | : | No. 134 MAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| B.I.D., | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 5th day of September, 2018, the Application for Leave to Appeal In Forma Pauperis pursuant to Pa.R.A.P. 553 and the Petition for Allowance of Appeal are **DENIED**.